1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  JUAN  VALENCIA ONTIVEROS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:05-cr-00367 AWI
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; AND ORDER
13       v.                            )   THEREON
                                       )
14  JUAN  VALENCIA ONTIVEROS,          )   Date:   January 17, 2006
                                       )   Time:  9:00 a.m.
15              Defendant.             )   Judge: Hon. Anthony W. Ishii
                                       )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective

18  attorney of record herein, that the Status Conference Hearing, scheduled for December 12, 2005,  may be

19  continued to **January  17, 2006 at 9:00 a.m.**

20         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for further plea

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2          DATED:  December 8, 2005              McGREGOR W. SCOTT
                                                 United States Attorney
3

4                                                /s/ Kevin P. Rooney
5                                                KEVIN  P. ROONEY
                                                 Assistant U.S. Attorney
6                                                Attorney for Plaintiff

7

8          DATED:  December 8, 2005              QUIN DENVIR
                                                 Federal Defender
9

10

11                                               /s/ Carrie S. Leonetti
                                                 CARRIE S. LEONETTI
12                                               Assistant Federal Defender
                                                 Attorney for Defendant
13

14

15                            **O R D E R**

16   IT IS SO ORDERED.

17   **Dated:    December 9, 2005**            **/s/ Anthony W. Ishii**
     0m8i78                                    UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        2