DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN  VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00367 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| JUAN  VALENCIA ONTIVEROS, ) | Date:  April 10, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorney of record herein, that the Status Conference Hearing, scheduled for March 20, 2006,  may be continued to **April 10, 2006 at 9:00 a.m.**

　　　　The continuance sought is at the request of defense counsel to allow her additional time for plea negotiations and defense preparation.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

///

///

negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

| | |
|---|---|
| DATED:  March  15, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ Kevin P. Rooney<br>KEVIN  P. ROONEY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | |
| DATED:  March 15, 2005 | DANIEL J. BRODERICK<br>Acting Federal Defender |
| | |
| | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 15, 2006**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE