DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN  VALENCIA ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00367 AWI |
| Plaintiff, | ***AMENDED** STIPULATION TO RESET  FILING DATES FOR MOTIONS CALENDAR; AND CONTINUE MOTION HEARING; ORDER THEREON |
| v. | |
| JUAN  VALENCIA ONTIVEROS, | |
| Defendant. | Date:**July 17, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorney of record herein that the Motions calendar and hearing will be reset as follows: Defendant's motions filing date of May 30, 2006 is hereby extended to **June 12, 2006**;  the Government's response date to defendant's motions is hereby extended from June 12, 2006 to **June 26, 2006**; defendant's reply to Government's response is hereby extended from June 19, 2006 to **July 3, 2006**; and the hearing on said motions is continued from June 26, 2006 to ** **July 17, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

1 | negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED: June 1, 2006                    McGREGOR W. SCOTT
                                           United States Attorney

4
                                           /s/ Kevin P. Rooney
5                                          KEVIN  P. ROONEY
                                           Assistant U.S. Attorney
6                                          Attorney for Plaintiff

7

8 | DATED: June  1, 2005                   DANIEL J. BRODERICK
                                           Acting Federal Defender
9

10

11                                         /s/ Carrie S. Leonetti
                                           CARRIE S. LEONETTI
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13

14

15 |                                **O R D E R**

16

17 | IT IS SO ORDERED.

18 | **Dated:   June 5, 2006**              **/s/ Anthony W. Ishii**
     0m8i78                                 UNITED STATES DISTRICT JUDGE
19

20
...
28

Amended Stipulation to Reset Filing Dates for Motions Calendar
and Continue Motions Hearing                    2